IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORTEZ D. GILLUM,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BAXTON, JR. *et al.*,<br><br>Defendants. | Case No. 12-626 JPG/RJD |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 3, 2016**        JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**